Bankruptcy Case No. 12-32997-DOT

Adversary Proceeding No. 13-03033-DOT

# CERTIFICATE OF SERVICE

I, Pia J. North                                       , certify that I am, and at all times during the service of process was, not less than
         (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 21, 2013            by:
                                                                                          (date)

**X**   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Ryan Seveke, 6131 Harbourside Cte LP, Midlothian, VA  23112; S. Ellis, 6131 Harbourside Cte LP, Midlothian, VA 23112; Mary McDowell, President & CEO, Citifinancial, N.A., 300 Saint Paul Pl, Baltimore, MD 21201; CitiFinancial, Inc., CT Corporation, 4701 Cox Rd., Ste 301, Glen Allen, VA  23060

__   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

__   Residence Service: By leaving the process with the following adult at:

__   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__   Publication: The defendant was served as follows: [Describe briefly]

__   State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                                                      (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

February 21, 2013                          /s/Pia J. North
          Date                                          Signature

**Print Name**

Pia J. North

**Business Address**

North & Associates, P.C., 5913 Harbour Park Drive

**City**                             **State**                    **Zip**

Midlothian, VA   23112

[ver. 05/02]